IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KIM ANTHONY POLONCZYK,
    Plaintiff,

vs.                                      Case No.: 3:11cv207/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 24, 2011 (Doc. 13).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This matter is **DISMISSED** due to improper venue.

    **DONE AND ORDERED** this 10th day of June, 2011.

                                              s/ _M. Casey Rodgers_
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**